# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Thomas H. Pillsbury, Jr., et al.

               *Plaintiff*

v.

PBF Energy, Inc., et al.

               *Defendant*

Civil Action No. 20-cv-9301

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Jeffers Crane Service, Inc., certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

## OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Riccardo DeBari
Signature of Attorney

335 Madison Ave., 12th Fl.
Address

New York, NY 11238
City/State/Zip

07/22/2020
Date

DNJ-CMECF-005 (10/2018)

Instructions:

1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on Other Documents.
4. Select Corporate Disclosure Statement.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable insert the name of the Corporate Parent or leave it blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the NEXT button.