**THOMPSON HINE LLP**
Riccardo M. DeBari (026232008)
335 Madison Avenue, 12th Floor
New York, NY 10017
T: (212) 344-5680
F: (212) 344-6101
Riccardo.DeBari@ThompsonHine.com
*Attorney for Defendant Jeffers Crane Service, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS H. PILLSBURY, JR. and MELODY PILLSBURY,<br><br>          Plaintiffs,<br><br>     v.<br><br>PBF ENERGY, INC., and JEFFERS CRANE SERVICE, INC.,<br><br>          Defendants. | Case No. 2:20-cv-09301-MCA-LDW<br><br>JUDGE MADELINE COX ARLEO<br><br>**DEFENDANT JEFFERS CRANE SERVICE, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Jeffers Crane Service, Inc. ("Jeffers"), shall move this Court on September 8, 2020 to dismiss Plaintiffs' Complaint for lack of personal jurisdiction on the grounds that Jeffers is not subject to general jurisdiction in New Jersey and specific jurisdiction is lacking because Plaintiffs' claims do not arise from or relate to Jeffers's activities in New Jersey.  A Memorandum in support of this Motion is attached.

                                        Respectfully submitted,

                                        /s/ *Riccardo M. DeBari*
                                        Riccardo M. DeBari
                                        Thompson Hine LLP
                                        335 Madison Avenue, 12th Floor
                                        New York, NY 10017-4611
                                        Telephone: (212) 344-5680
                                        Riccardo.DeBari@thompsonhine.com

Of Counsel:

Conor A. McLaughlin (application to appear *pro hac vice* to be filed if necessary)
3900 Key Center
127 Public Square
Cleveland, OH 44114
Telephone: (216) 566-5500
Conor.McLaughlin@thompsonhine.com