UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS H. PILLSBURY, JR. AND MELODY PILLSBURY<br>Plaintiffs,<br><br>vs.<br><br>PBF ENERGY, INC. AND JEFFERS CRANE SERVICE, INC.<br><br>Defendant(s). | Case No.: 2:20-cv-09301-MCA-LDW<br><br>JUDGE MADELINE COX ARLEO<br><br>**DECLARATION OF BEN AGOSTO III IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Ben Agosto III, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney with The Buzbee Law Firm, counsel for Thomas H. Pillsbury Jr. and Melody Pillsbury in the above-entitled action. I have personal knowledge of all matters stated herein and if called upon to do so could testify to them.

2. I am admitted to practice in the following jurisdictions, and my admission status is as follows:

| COURT | YEAR OF ADMISSION | STATUS |
|---|---|---|
| State of Texas | 2018 | In good standing |
| Southern District of Texas | 2019 | In good standing |

That I am in good standing with the above courts can be confirmed by writing to:
State Bar of Texas
Chief Disciplinary Counsel
P.O. Box 12487
Austin, TX 78711

3. I have never been suspended from the practice of law in any jurisdiction or received

any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

4. I have in fact read the most recent edition of the New Jersey Rules of Professional Conduct and the Local Rules of this Court, and I agree to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought.

5. If granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission of the current status of the case for which *pro hac vice* status has been granted and of all material developments therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Houston, Texas.

Dated: August 25, 2020.

*Ben Agosto III*
_____
Ben Agosto III

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS H. PILLSBURY, JR. AND MELODY PILLSBURY<br>　　　　　　Plaintiffs,<br><br>vs.<br><br>PBF ENERGY, INC. AND JEFFERS CRANE SERVICE, INC.<br><br>　　　　　　Defendant(s). | Case No.: 2:20-cv-09301-MCA-LDW<br><br>JUDGE MADELINE COX ARLEO<br><br>**DECLARATION OF RYAN S. PIGG IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Ryan S. Pigg, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney with The Buzbee Law Firm, counsel for Thomas H. Pillsbury Jr. and Melody Pillsbury in the above-entitled action. I have personal knowledge of all matters stated herein and if called upon to do so could testify to them.

2. I am admitted to practice in the following jurisdictions, and my admission status is as follows:

| COURT | YEAR OF ADMISSION | STATUS |
|---|---|---|
| State of Texas | 2013 | In good standing |
| Southern District of Texas | 2016 | In good standing |

That I am in good standing with the above courts can be confirmed by writing to:
State Bar of Texas
Chief Disciplinary Counsel
P.O. Box 12487
Austin, TX 78711

3. I have never been suspended from the practice of law in any jurisdiction or received

any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

4. I have in fact read the most recent edition of the New Jersey Rules of Professional Conduct and the Local Rules of this Court, and I agree to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought.

5. If granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission of the current status of the case for which *pro hac vice* status has been granted and of all material developments therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Houston, Texas.

Dated: August 25, 2020.

*Ryan S. Pigg*
Ryan S. Pigg

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS H. PILLSBURY, JR. AND MELODY PILLSBURY<br>　　　　　　Plaintiffs,<br><br>vs.<br><br>PBF ENERGY, INC. AND JEFFERS CRANE SERVICE, INC.<br><br>　　　　　　Defendant(s). | ) Case No.: 2:20-cv-09301-MCA-LDW<br>)<br>)<br>) JUDGE MADELINE COX ARLEO<br>)<br>)<br>) **DECLARATION OF CORNELIA**<br>) **BRANDFIELD-HARVEY IN SUPPORT OF**<br>) **MOTION FOR ADMISSION PRO HAC**<br>) **VICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Cornelia Brandfield-Harvey, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney with The Buzbee Law Firm, counsel for Thomas H. Pillsbury Jr. and Melody Pillsbury in the above-entitled action. I have personal knowledge of all matters stated herein and if called upon to do so could testify to them.

2. I am admitted to practice in the following jurisdictions, and my admission status is as follows:

| COURT | YEAR OF ADMISSION | STATUS |
|---|---|---|
| State of Texas | 2018 | In good standing |
| District of Columbia | 2020 | In good standing |
| Southern District of Texas | 2018 | In good standing |
| Fifth Circuit Court of Appeals | 2019 | In good standing |

That I am in good standing with the above courts can be confirmed by writing to:

State Bar of Texas
Chief Disciplinary Counsel
P.O. Box 12487
Austin, TX 78711

The District of Columbia Bar
901 4th Street, NW
Washington, DC 20001

United States Court of Appeals
Fifth Circuit
600 Camp Street
New Orleans, LA 70130

3. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

4. I have in fact read the most recent edition of the New Jersey Rules of Professional Conduct and the Local Rules of this Court, and I agree to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought.

5. If granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission of the current status of the case for which *pro hac vice* status has been granted and of all material developments therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Dallas, Texas.

Dated: August 25, 2020.

*Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey