# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS PILLSBURY, JR. AND MELODY PILLSBURY : | Case No.: 2:20-cv-09301-MCA-LDW |
| Plaintiff, : | |
| v. : | JUDGE MADELINE COX ARLEO |
| : | |
| PBF ENERFY, I.N.C. AND : | **ORDER FOR ADMISSION** |
| JEFFERS CRANE SERVICE, I.N.C. : | **PRO HAC VICE** |
| Defendants. : | |

This matter having been brought before the Court by the attorney for the Plaintiff's, Thomas and Melody Pillsbury for the Admission of Ben Agosto III, Ryan S. Pigg, and Cornelia Brandfield-Harvey Pro Hac Vice on the above-captioned matter and it appears that all three of the above-named attorneys have complied with local rule 101.1 (c), and for good cause having been shown; it is on this 22nd day of September, 2020.

**ORDERED** that Ben Agosto III, Ryan S. Pigg, and Cornelia Brandfield-Harvey be permitted to appear pro hac vice; provided that pursuant to D.N.J. L. Civ R. 101 (4), an appearance as counsel of record shall be filed promptly by Kevin T. Kutyla, a member of the bar of this Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out-of-state attorneys of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED** that the applicants shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorneys continue to represent a client in a matter pending in this Court in accordance with the New Jersey Court Rule 1:28-2 and D.N.J. L. civ R. 101.1, said fee shall be deposited within twenty (20) days of the date of this Order, and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admissions to the District Court of New Jersey shall be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102

*Attention: Pro Hac Vice Admissions;*

**FURTHER ORDERED** that the application shall be bound by the Local Rules of the United States District Court for the District of New Jersey; and it is further

**ORDERED** that the clerk shall forward a copy of this Order to the Treasure of New Jersey Lawyers Fund for Client Protection within five (5) days of the date of this Order.

\*The Clerk of Court is directed to terminate the motion at ECF No. 15.

**JUDGE MADELINE COX ARLEO**

*/s/ Leda Dunn Wettre*

Hon. Leda Dunn Wettre, U.S.M.J.